Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 707-all | **DATE** | 9/10/2012 |
| **CASE TITLE** | USA v Malik McKee  etal | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Malik McKee, Shuntina  McKee and Willie Woods. The Government's motion to seal the complaint, affidavit arrest warrant and motion to seal until the arrest of the defendants or until further order of Court, whichever comes first, is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|

12CR707

Page 1 of 1